IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | No. 24-MJ-4497 | |
| | ) | Magistrate Judge Newbern | |
| v. | ) | | |
| | ) | | |
| JOSHUA CANTRELL | ) | **Under Seal** | |

## MOTION FOR DETENTION

Pursuant to Title 18, United States Code, Section 3142, the United States moves to have the defendant detained pending proceedings in this matter on the basis that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

The Government submits that a detention hearing is authorized in this matter pursuant to Section 3142(f)(1)(C), because the defendant is charged with a controlled substance offense which carries a maximum sentence of ten years or more. The Government further submits, pursuant to Section 3142(e)(3)(A), a rebuttable presumption exists that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community because the defendant is charged in the Criminal Complaint with violating Title 21, United States Code, Section 841(a)(1). Moreover, the Government asserts that the defendant is currently on supervised release in this district following his previous conviction and sentence for possession of ammunition by a convicted felon associated with a shooting incident, and he has prior felony convictions for acts of violence, including reckless endangerment and robbery.

The Government moves for a continuance of three business days to prepare for any detention hearing requested by the defendant.

Respectfully submitted,

THOMAS J. JAWORSKI
Acting United States Attorney

By: *s/ Philip H. Wehby*
Philip H. Wehby
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Phone: 615-736-5151
